## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                            **Crim. No. 5:17-CR-101-1H**

**IBRAHIM RASHID BEY**

On November 22, 2016, the above named was released from prison and commenced a term of supervised release for a period of 3 years. The offender has complied with the rules and regulations of supervised release. Also, at the request of the probation office, he has completed supervision assessment documents, which may reduce his term of supervision by a period of 30 days. Therefore, it is accordingly recommended that the offender be discharged from supervision on October 21, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: October 2, 2019

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated on October 21, 2019.

Dated this ___7___ day of ___October___, 2019.

Malcolm J. Howard
Senior U.S. District Judge